IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wilkerson, Yvonne A | Case Number: 07 B 21441 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 11/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: January 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,825.00 | |
| Secured: | | 1,428.36 |
| Unsecured: | | 50.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,131.12 |
| Trustee Fee: | | 215.52 |
| Other Funds: | | 0.00 |
| Totals: | 3,825.00 | 3,825.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 3,063.50 | 2,131.12 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 2,142.54 | 1,428.36 |
| 5. | America's Servicing Co | Secured | 19,289.14 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 3,279.62 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 995.91 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 40.36 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 140.18 | 50.00 |
| 10. | Capital One | Unsecured | 321.03 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 106.73 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,361.53 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 29.72 | 0.00 |
| 14. | Dell Financial Services, Inc | Unsecured | 30.60 | 0.00 |
| 15. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 16. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 17. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 19. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | $ 30,800.86 | $ 3,609.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 162.54 |
| 6.5% | 52.98 |
| | $ 215.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Wilkerson, Yvonne A | Case Number:  07 B 21441 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  11/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

